IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CBT FLINT PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GOODMAIL SYSTEMS, INC. )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO. 1:07-cv-3124-TWT |

**REPLY OF PLAINTIFF CBT FLINT PARTNERS, LLC TO
<u>DEFENDANT GOODMAIL SYSTEMS, INC.'S COUNTERCLAIMS</u>**

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Plaintiff CBT Flint Partners, LLC ("CBT" or "Plaintiff") hereby replies to Defendant Goodmail Systems, Inc.'s ("Goodmail") Counterclaims as follows:

<u>NATURE OF COUNTERCLAIMS</u>

1.  CBT admits that Goodmail's Counterclaims purport to arise under Rule 13 of the Federal Rules of Civil Procedure and purport to seek a declaration of non-infringement and invalidity of United States Patent No. 6,192,114 ("the '114 Patent") and United States Patent No. 6,587,550 ("the '550 Patent"). Except as expressly admitted, CBT denies the remaining allegations of Paragraph 1.

## PARTIES

2. CBT admits the allegations of Paragraph 2.

3. CBT admits the allegations of Paragraph 3.

## JURISDICTION AND VENUE

4. CBT admits that an actual controversy exists between CBT and Goodmail concerning the validity and infringement of the '114 Patent and the '550 Patent. Except as expressly admitted, CBT denies the remaining allegations of Paragraph 4.

5. CBT admits that Goodmail's Counterclaims purport to arise under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202, and that jurisdiction in this Court is proper pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202. Except as expressly admitted, CBT denies the remaining allegations of Paragraph 5.

6. CBT admits that this Court has personal jurisdiction over CBT.

7. CBT admits the allegations of Paragraph 7.

## FIRST COUNTERCLAIM
## DECLARATION OF ALLEGED
## NON-INFRINGEMENT OF THE '114 PATENT

8. CBT re-alleges and incorporates by reference as if fully set forth herein Paragraphs 1 through 7 of the Reply above.

9. CBT admits the allegations of Paragraph 9.

10. CBT denies the allegations of Paragraph 10.

11. CBT denies the allegations of Paragraph 11.

## SECOND COUNTERCLAIM
## DECLARATION OF ALLEGED INVALIDITY OF THE '114 PATENT

12. CBT re-alleges and incorporates by reference as if fully set forth herein Paragraphs 1 through 7 of the Reply above.

13. CBT admits the allegations of Paragraph 13.

14. CBT denies the allegations of Paragraph 14.

15. CBT denies the allegations of Paragraph 15.

## THIRD COUNTERCLAIM
## DECLARATION OF ALLEGED
## NON-INFRINGEMENT OF THE '550 PATENT

16. CBT re-alleges and incorporates by reference as if fully set forth herein Paragraphs 1 through 7 of the Reply above.

17. CBT admits the allegations of Paragraph 17.

18. CBT denies the allegations of Paragraph 18.

19. CBT denies the allegations of Paragraph 19.

## FOURTH COUNTERCLAIM
## DECLARATION OF ALLEGED INVALIDITY OF THE '550 PATENT

20. CBT re-alleges and incorporates by reference as if fully set forth herein Paragraphs 1 through 7 of the Reply above.

21. CBT admits the allegations of Paragraph 21.

22. CBT denies the allegations of Paragraph 22.

23. CBT denies the allegations of Paragraph 23.

## PRAYER FOR RELIEF

WHEREFORE, having answered the allegations of Goodmail's Counterclaims, CBT prays for relief as follows:

A. That Goodmail take nothing by way of its Counterclaims;

B. That the Counterclaims be dismissed with prejudice;

C. That CBT be awarded the relief against Goodmail prayed for in its Complaint;

D. That CBT be awarded its attorneys' fees and costs as provided by law; and

E. That the Court award CBT such other and further relief as the Court deems just and proper.

## JURY DEMAND

CBT demands a trial by jury on all issues so triable as a matter of right and law.

Respectfully submitted, this 23rd day of January, 2008.

       KING & SPALDING LLP

        s/   A. Shane Nichols
       A. Shane Nichols
        (Ga. Bar No. 542654)
       Natasha H. Moffitt
        (Ga. Bar No. 367468)
       Shaun B. Sethna
        (Ga. Bar No. 636116)
       1180 Peachtree Street, N.E.
       Atlanta, Georgia 30309
       Telephone:   (404) 572-4600
       Facsimile:    (404) 572-5134

       Attorneys for Plaintiff
       CBT FLINT PARTNERS, LLC

CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing REPLY OF PLAINTIFF CBT FLINT PARTNERS, LLC TO DEFENDANT GOODMAIL SYSTEMS, INC.'S COUNTERCLAIMS with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

>Darryl M. Woo, Esq.
>Virginia K. DeMarchi, Esq.
>Candace J. Morey, Esq.
>Joseph S. Belichick, Esq.
>FENWICK & WEST LLP
>Silicon Valley Center
>801 California Street
>Mountain View, California 94041
>
>Ryan T. Pumpian, Esq.
>POWELL GOLDSTEIN LLP
>One Atlantic Center – Fourteenth Floor
>1201 West Peachtree Street, NW
>Atlanta, Georgia 30309-3488

This 23rd day of January, 2008.

        s/ Shaun B. Sethna
        Shaun B. Sethna
          (Ga. Bar No. 636116)
        KING & SPALDING LLP
        1180 Peachtree Street, N.E.
        Atlanta, Georgia 30309
        Telephone: (404) 572-4600
        Facsimile: (404) 572-5134

        Attorney for Plaintiff
        CBT FLINT PARTNERS, LLC